UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Eric Emanuel Williams						Docket No. 5:00-CR-40-1H

**Petition for Action on Supervised Release**

COMES NOW Dewayne L. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Eric Emanuel Williams, who, upon an earlier plea of guilty to Conspiracy to Possess with Intent to Distribute and Distribute Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and 846, was sentenced by the Honorable Malcolm J. Howard, U.S. District Judge on September 5, 2000, to the custody of the Bureau of Prisons for a term of 192 months. Due to the government's motion for downward departure, the defendant's sentence was reduced to 120 months on September 7, 2004. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 7 years.

Eric Emanuel Williams was released from custody on September 19, 2008, at which time the term of supervised release commenced. On September 11, 2009, a Violation Report was submitted to the court advising that the defendant committed the offense of Driving While License Revoked, and he failed to notify the probation officer within 72 hours of this charge as required. Williams was instructed not to drive until properly licensed, and the court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 4, 2015, the defendant tested positive for cocaine, which was confirmed through laboratory analysis on June 12, 2015. On June 23, 2015, the defendant signed an admission of drug use form acknowledging that he used cocaine on June 3, 2015. As a sanction for this violation, we are recommending that he serve 2 days in jail. Additionally, he has agreed to participate in outpatient substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall complete 2 consecutive days in jail as directed by the probation officer and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Dewayne L. Smith |
| Dwayne K. Benfield | Dewayne L. Smith |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street |
| | Greenville, NC 27858 |
| | Phone: 252-830-2338 |
| | Executed On: June 24, 2015 |

**ORDER OF THE COURT**

Considered and ordered this 24th day of June 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge